IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

BEE VUE,

    Plaintiff,

v.                                                            Case No. 19-CV-641 - wmc

FRITZ DEGNER, MICHAEL GEIRE and
PETER SCHNEIDER,

    Defendants.
_____

## DEFENDANTS PETER SCHNEIDER, MICHAEL GEIRE AND FRITZ DEGNER'S MOTION TO STAY PROCEEDINGS AND DISCOVERY
_____

    Defendants Peter Schneider, Michael Geire and Fritz Degner's, by their attorneys, Crivello Carlson, S.C., move the Court for an order, pursuant to the Court's inherent power, that stays all proceedings until defendant Geire returns from his overseas deployment and per the Servicemembers Civil Relief Act.

    This motion is supported by the accompanying brief and declaration.

    Dated this 11th day of December, 2019.

                                              By:    s/ *Marcella S. Spoto*
                                                        SAMUEL C. HALL, JR.
                                                        State Bar No.: 1045476
                                                       MARCELLA S. SPOTO
                                                       State Bar No.: 1038044
                                                       CRIVELLO CARLSON, S.C.
                                                       Attorneys for Defendants, Fritz Degner,
                                                       Michael Geire and Peter Schneider
                                                       710 N. Plankinton Avenue
                                                       Milwaukee, WI 53203
                                                       Telephone: 414.271.7722
                                                       Fax: 414.271.4438
                                                      Email: shall@crivellocarlson.com
                                                                 mspoto@crivellocarlson.com