IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BEE VUE

    Plaintiff,

v.                                                                  19-cv-641-wmc

PETER SCHNEIDER,
MICHAEL GEIRE, AND
FRITZ DEGNER    Defendants.

---

## REQUEST FOR ENTRY OF DEFAULT

To: Clerk of the Court for the Western District of WI,

You will please enter the default of defendants Peter Schneider and Fritz Degner for failure to answer the plaintiff's complaint and summons in a timely manner pursuant Rule 12(a)(1)(A)(i) of the Fed. Rules of Civ. P., as appears from the attached affidavit of Bee Vue.

Entered this 18th day of December, 2019.

By the Plaintiff:

/s/ Bee Vue
#479154

cc: Marcella S. Spoto
    Samuel C. Hall, Jr.