IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BEE VUE

    Plaintiff,

v.                                  19-cv-641-wmc

PETER SCHNEIDER,
MICHAEL GEIRE, AND
FRITZ DEGNER    Defendants.

## AMENDED COMPLAINT

### A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at Oshkosh Correctional Institution.

2. Defendants Peter Schneider, Michael Geire, and Fritz Degner are citizens of Wisconsin and worked for Monroe County Sheriff's Office, 112 South Court Street; Sparta, WI 54656.

### B. STATEMENT OF CLAIM

On March 28th, 2019 at about 2:00 a.m in the state of Wisconsin, the plaintiff Bee Vue was enjoying his right to travel Interstate 90 when he was unlawfully pulled over by Deputy Peter Schneider of the Monroe County

-1-

Sheriff's Office in violation of Mr. Vue's 4th Amendment rights. During the traffic stop, Deputy Peter Schneider obtained the driver's license from Bee Vue and the passenger. He also explained why he had pulled Bee Vue over and asked numerous unrelated questions to the traffic stop. Upon receiving knowledge of why Bee Vue was pulled over, he was quite surprised that the registration lamp was not working. Bee Vue has been driving this vehicle for quite sometime now with no issues as there has been numerous times when other officers have been behind him. In which Bee Vue mentions this to Deputy Peter Schneider as it is being recorded on his body camera. Also, just prior to being pulled over by Deputy Peter Schneider, Bee Vue had just driven past another deputy stationed in the median on the same highway, before Deputy Peter Schneider, with no incident. Nonetheless, both occupants were valid drivers and had no outstanding warrants. The vehicle was registered and insured. Upon returning to the vehicle to issue Bee Vue a traffic citation; Deputy Peter Scheider ordered Bee Vue to exit the vehicle so he could show him

the traffic infraction. Mr. Vue complied with the deputy's demand and was led to the back of the vehicle where the supposedly defective registration lamp was located. Upon inspection, as Bee Vue suspected, it was determined that the registration lamp was in fact in good working order by both Bee Vue and Deputy Peter Schneider; thus rendering the traffic stop unlawful. Despite this fact, both Deputy Peter Schneider and Michael Geire immediately pulled Bee Vue by his arm and stated that they were going to search him and the vehicle. Deputy Michael Geire then asked Bee Vue if there was anything illegal or wasn't supposed to be in the vehicle. Bee Vue replied "No!" and repeatedly stated that the deputies could not search the vehicle or himself and it was illegal what they were doing. The deputies had absolutely no probable cause to search him or the vehicle. Bee Vue in utter shock, was then unlawfully handcuffed with both hands behind his back and then illegally searched. They extended the traffic stop, unlawfully seized, and unlawfully searched Bee Vue.

all in violation of Bee Vue's 4th amendment right. During the illegal search of Bee Vue, Deputy Michael Geive confiscated Bee Vue's currency without his consent or permission in which he claims conversion. Bee Vue was then secured in the backseat of Deputy Peter Schneider's patrol car in which he claims false arrest. The deputies then pulled out the passenger from the vehicle and unlawfully arrested him and secured him in the backseat of Deputy Michael Geire's patrol car. The deputies then proceeded to illegally search the vehicle. It was in the vehicle where contraband and a firearm was located. Bee Vue was ultimately charged with multiple felonies. Because of the deputies course of conduct in not following police procedures. Bee Vue claims that his substantial due process rights protected under his 14th amendment was violated. And as a result of Bee Vue's 14th amendment right being violated they subsequently infringed on Bee Vue's 4th amendment right.

for the following reasons. Bee Vue claims conspiracy and false imprisonment. Upon further discovery, all three deputies falsified their police reports to incriminate Bee Vue. In further support of this allegation, on July 17th, 2019 at the Monroe County Jail, a revocation hearing was held for Bee Vue. Deputy Peter Schneider was subpoena'd by the Dept. of Corrections. Under oath, he testifies to questions in which directly contradicts Deputy Michael Geire and his official police reports. Bee Vue also claims that under the Equal Protection Clause and claim-of-one protected by his 14th Amendment, he was racially profiled and intentrally treated different from others similar situated with no rational basis for the difference in treatment. In Deputy Michael Geire's police report he writes that "Bee Vue's appearance was neat, crisp and clean, he was wearing jeans, crisp white shirt and fancy jewelry." Immediately in his next paragraph he also writes " I observed that the driver was wearing a gold neck chain with a gold and diamond encrusted cross attached. I know through training and experience, that drug couriers often bring religious items on the

-5-

drug transport trips for good luck and to appear innocent in the event that they have police contact." With these precise statements coupled with the fact that Bee Vue is Hmong or Asian-American. Bee was in fact racially profiled and treated differently. Bee Vue's 4th, and 14th U.S amendment rights were arbitrarily violated by the defendants. And in by doing so, Bee Vue was forced to surrender perhaps his most important right, freedom. Bee Vue suffers emotional issues each day, has lost wages from freelance work, and lost property from being incarcerated. Bee Vue's extended supervision was revoked. Finally, to substantiate all of Bee Vue's claims, on July 22nd, 2019, on the State's own motion, all charges (2019CF164) and the traffic citation (19 TR 1424) stemming from the traffic incident on March 28th, 2019 were dismissed.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C § 1331.

D. RELIEF WANTED

Bee Vue seeks compensatory damages of $750,000.00 U.S currency jointly and severally against defendants Peter Schneider, Michael Geire, and Fritz Degner for emotional hardships suffered and losses sustained from being incarcerated.

Bee Vue seeks punitive damages of $200,000.00 U.S currency each against Peter Schneider and Michael Geire.

Bee Vue seeks punitive damages of $100,000.00 U.S currency against defendant Fritz Degner.

E. JURY DEMAND

I want a jury to hear my case.

☑ YES    ☐ No

-7-

I declare under the penalty of perjury that the foregoing, is true and correct.

Complaint signed this January 1st, 2020.

Respectfully Submitted,

Bee Vue
#479154