IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BEE VUE,

                Plaintiff,                ORDER

v.

                                              19-cv-641-wmc

PETER SCHNEIDER, MICHAEL GEIRE,
and FRITZ DEGNER,

                Defendants.

---

*Pro se* plaintiff Bee Vue is proceeding in this lawsuit against defendants Schneider, Geire and Degner on Fourth Amendment Wisconsin conversion and false imprisonment claims arising from a March 28, 2019, traffic stop. Plaintiff has filed a motion to voluntarily dismiss defendant Degner, as well as his Wisconsin false imprisonment and conversion claims against all defendants, which the court will construe as a motion for leave to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a) to dismiss his claims against Degner and the Wisconsin claims. (Dkt. #65.) Defendants do not oppose the motion. The motion will be granted, and the dismissal of Degner and the Wisconsin state law claims will be without prejudice.

ORDER

IT IS ORDERED that:

1) Plaintiff Bee Vue's motion to amend (dkt. #65) is GRANTED.

2) Plaintiff's claims in this lawsuit against defendant Degner, as well as his Wisconsin conversion and false imprisonment claims against all defendants, are DISMISSED without prejudice.

Entered this 22nd day of January, 2021.

                                          BY THE COURT:
                                          /s/
                                          WILLIAM M. CONLEY
                                          District Judge